UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                    :

ENGEL & VOELKERS FLORIDA        :
RESIDENTIAL LLC,                 :
                Plaintiff,    :
                                      :         25 Civ. 10474 (LGS)
       -against-            :
                                      :         **ORDER**
ENGEL & VÖLKERS AMERICAS, INC.,    :
                 Defendant.   :
                                      :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial pretrial conference in this action is currently scheduled for March 3, 2026.

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

**ORDERED** that the March 3, 2026, initial pretrial conference in **CANCELED.**  If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated.    The case management plan and scheduling order will issue in a separate order.  The parties should be aware that the default deadlines for the close of fact discovery and expert discovery were adopted, as the parties have not shown compelling circumstances to deviate from the defaults.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

**ORDERED**, regarding settlement discussions, that if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a joint letter on ECF requesting a referral.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.  For clarity, discovery is not stayed pending resolution of Defendant's motion to dismiss.

Dated: February 25, 2026
      New York, New York

                    **LORNA G. SCHOFIELD**
                **UNITED STATES DISTRICT JUDGE**