pillsbury

Kenneth W. Taber
tel: +1.212.858.1813
kenneth.taber@pillsburylaw.com

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Application **GRANTED**. EVA's bank account number may be sealed according to FRCP 5.2(a)(4). With respect to EVA's EIN, a three-part inquiry determines whether the exhibit may be redacted. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006). At the first step, the exhibit to EVA's Answer and Counterclaims is a judicial document subject to a strong presumption of public access. At the second and third steps, EVA's proposed redactions are narrowly tailored to protect its privacy interests, which outweighs the presumption of public access to the redacted material.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 61.

Dated: July 22, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

July 21, 2026

**VIA ECF**

Hon. Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Engel &Voelkers Florida Residential LLC v. Engel & Völkers Americas, Inc.*, Case No. 1:25-cv-10474-LGS

Dear Judge Schofield:

We write on behalf of Defendant/Counterclaimant Engel & Völkers, Americas, Inc. ("EVA") in the above-referenced matter, pursuant to Rule I(D) of Your Honor's Individual Rules and Procedures for Civil Cases, to request leave to file Exhibit 6 to EVA's Answer and Counterclaims (ECF No. 60-6) ("Exhibit 6") under seal.

Exhibit 6 consists of invoices from EVA to Plaintiff/Counterclaim Defendant Engel & Voelkers Florida Residential LLC. Those invoices contain EVA's bank account number as well as its employment identification number ("EIN"). For the following reasons, EVA requests to file the bank account number and the EIN under seal, with redactions in the public version.[1] Proposed redacted and sealed versions of Exhibit 6 are filed contemporaneously herewith.

***The Bank Account Number.*** Federal Rule of Civil Procedure 5.2(a)(4) provides that "[i]n an electronic . . . filing with the court that contains . . . a financial-account number, a party . . . making the filing may include only . . . the last four digits of the financial-account number." In keeping with that rule, Rule 21.3 of the Southern District of New York's Electronic Case Filing Rules ("ECF Rule 21.3") requires that "Financial Account #s" must be entirely redacted except for the last four digits.

[1] Appendix A, attached hereto, identifies all parties and attorneys of record who should have access to the sealed document.

In accordance with this rule, EVA proposes to redact all but the last four digits of its bank account number. *See Mark v. Gawker Media LLC*, No. 13-CV-4347 (AJN), 2015 WL 7288641, at *1 (S.D.N.Y. Nov. 16, 2015) (granting the parties' request to redact portions of supporting documents containing personal bank account information).

***The EIN.*** The remainder of EVA's request, pertaining to its EIN, is subject to the balancing test set forth by the Second Circuit in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). *Lugosch* provides that "[t]here is a common law presumption in favor of permitting public access to judicial documents, which are those documents 'relevant to the performance of the judicial function and useful in the judicial process.'" *GoSMiLE, Inc. v. Dr. Jonathan Levine, D.M.D. P.C.*, 769 F. Supp. 2d 630, 649 (S.D.N.Y. 2011) (quoting *Lugosch*, 435 F.3d at 119). A court balances this common law presumption of access against competing comparisons, including "the privacy interests of those resisting disclosure." *Lugosch*, 435 F.3d at 120 (quoting *United States v. Amodeo*, 71 F.3d 1044, 1050 (2d Cir. 1995)). Thus, the issue is whether "the privacy interests of the [movant] outweigh the presumption of public access." *GoSMiLE*, 769 F. Supp. 2d at 650.

EVA's privacy interest in retaining the confidentiality of its tax identification number outweighs the presumption of public access. The disclosure of this identifying information "would constitute an invasion of privacy." *Schiller v. City of New York*, No. 04 CIV. 7921 KMK JCF, 2007 WL 136149, at *13 (S.D.N.Y. Jan. 19, 2007) (instructing plaintiffs to redact identifying information, such as tax identification numbers); *see also Recant v. Day*, No. 24-CV-4117 (JHR) (RFT), 2026 WL 158612, at *2 (S.D.N.Y. Jan. 21, 2026) (making limited redactions to *pro se* filing to protect, *inter alia*, tax identification numbers); *cf. Mirabal v. Deutsche Bank Nat'l Tr. Co.*, No. 25-CV-7423 (JPC)(SN), 2025 WL 2988911, at *1 (S.D.N.Y. Sept. 18, 2025) (encouraging *pro se* plaintiff to redact "bank account numbers or . . . tax identification numbers" and citing Fed. R. Civ. P. 5.2(a)); ECF Rule 21.3 (requiring that social security numbers be redacted).

Moreover, EVA's request is narrowly tailored, as it proposes to redact all but the last four digits of its EIN. *See Recant*, 2026 WL 158612, at *2 (holding that "[a]pplying narrowly tailored redactions can achieve" the goal of protecting personal identifying information) (citations omitted).

*        *        *

EVA therefore respectfully requests that the Court grant its request to file Exhibit 6 under seal.

Respectfully submitted,

*/s/ Kenneth W. Taber*
Kenneth W. Taber

cc: All Counsel of Record (via ECF)