UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ENGEL & VOELKERS FLORIDA RESIDENTIAL LLC et al, Plaintiff and Counterclaim Defendants, | : | 25 Civ. 10474 (LGS) |
| -against- | : | **ORDER** |
| ENGEL & VÖLKERS AMERICAS, INC., Defendant and Counterclaim Plaintiff. | : | |

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, under the Fourth Amended Civil Case Management Plan and Scheduling Order, dated October 13, 2026, all fact discovery shall be completed by no later than November 4, 2026.

WHEREAS, on November 12, 2026, the parties filed a joint status letter.

WHEREAS, the joint status letter details ongoing document production, including Defendant's service of additional Requests for Production with responses due on November 20, 2026, and December 3, 2026.

WHEREAS, the joint status letter further details ongoing fact-witness depositions, including the deposition of Timo Khammash scheduled for November 13, 2026.

WHEREAS, the parties have not moved to extend the current November 4, 2026, fact discovery deadline. It is hereby

**ORDERED** that, by **November 16, 2026**, the parties shall file a joint letter explaining their failure to comply with the Court-ordered deadline for the completion of fact discovery or seek an extension. The letter shall also explain why exceptional circumstances warrant an extension of fact discovery.

Dated: November 13, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE